**Matthew Otis CHARLES, Plaintiff–Appellant,**

v.

**Troy WILLIAMSON, Warden, Defendant–Appellee.**

No. 03–6682.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Matthew Otis Charles, Appellant pro se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Matthew Otis Charles, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition styled as an application under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we dismiss on the reasoning of the district court. *See Charles v. Williamson,* No. CA–03–104–5 (S.D.W.Va. Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*